UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          :

v.                                    :    **NO. 3:02cr 7 (JBA)**

**FAUSTO GONZALEZ**                   :

**NOTICE TO COUNSEL**

     The Court intends to unseal all pleadings that have been filed under seal.

     The parties shall provide, within ten days of this notice, a list of documents by docket numbers which they believe should remain under seal showing good cause why they should maintain sealed status.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on October 29, 2004.