UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:02CR7 (JBA)** |
| | : | |
| v. | : | |
| | : | |
| **FAUSTO GONZALEZ** | : | November 9, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned counsel, Joel H. Thompson, and pursuant to Local Civil Rule 7(e) and Local Criminal Rule 1(c), respectfully requests leave of this Court to withdraw his appearance as counsel for the Defendant in the above-captioned matter. The undersigned counsel is preparing to move out of this District, and Defendant has been and will continue to be represented by Shelley R. Sadin and Robert M. Casale.

Pursuant to Local Civil Rule 7(e), a copy of this motion is being served upon Defendant by certified mail.

For the foregoing reasons, the undersigned counsel respectfully requests that this motion be granted and that his appearance be withdrawn.

                                                                     /s/
                                              Joel H. Thompson (ct24654)

                                              Zeldes, Needle & Cooper, P.C.
                                              1000 Lafayette Boulevard. Suite 500
                                              Bridgeport, Connecticut 06604
                                              Tel:  (203) 333-9441
                                              Fax:  (203) 333-1489
                                              e-mail:  jthompson@znclaw.com

Attorney for Defendant Fausto Gonzalez

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date to:

>David Ring
>Assistant United States Attorney
>157 Church Street, 23rd Floor
>New Haven, CT 06510
>
>S. Dave Vatti
>Assistant United States Attorney
>157 Church Street, 23rd Floor
>New Haven, CT 06510
>
>Robert M. Casale, Esq.
>250 West Main Street
>Branford, Connecticut 06405

Dated at Bridgeport, Connecticut this 9th day of November, 2004.

>>_____ /s/
>>Joel H. Thompson