**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **NO. 3:02cr 7 (JBA)** |
| **FAUSTO GONZALEZ** : | |

### ENDORSEMENT ORDER [DOC. #1317]

    Defendant's motions to withdraw appearance of Joel H. Thompson is GRANTED.

                                  IT IS SO ORDERED.

                                _____/s/_____
                                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on November 24, 2004.