UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:02 CR 7 (JBA)** |
| | : | |
| **v.** | : | |
| | : | |
| **FAUSTO GONZALEZ** | : | **DECEMBER 6, 2004** |

**MOTION TO FILE UNDER SEAL**

Pursuant to the Sixth Amendment of the United States Constitution and Rule 8 of the Local Rules of Criminal Procedure, Defendant Fausto Gonzalez moves to seal his ex parte motion of December 6, 2004 because it contains privileged information.

---

Shelley R. Sadin
Federal bar no. ct05090

Joel H. Thompson
Federal bar no. ct24654

  Zeldes, Needle & Cooper, P.C.
  1000 Lafayette Boulevard. Suite 500
  Bridgeport, Connecticut 06604
  Tel. no.:  (203) 333-9441
  Facsimile no.:  (203) 333-1489
  e-mail address:  ssadin@znclaw.com

Robert M. Casale
Federal Bar No. ct00156

  250 West Main Street
  Branford, Connecticut  06405
  Tel. no.:  (203) 288-6363
  Facsimile no.:  (203) 483-9850

Counsel for Defendant Fausto Gonzalez

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via U.S. first class mail, postage prepaid, on this date, to:

David Ring
Assistant United States Attorney
Federal Building and U.S. Courthouse
450 Main Street, Room 328
Hartford, CT 06103

S. Dave Vatti
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT 06103

Robert M. Casale, Esq.
250 West Main Street
Branford, Connecticut 06405

Richard Reeve, Esq.
Michael O. Sheehan, Esq.
Sheehan & Reeve
139 Orange Street
New Haven, CT 06511

Dated at Bridgeport, Connecticut this 6th day of December 2004.

Shelley R. Sadin