**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr 7 (JBA)** |
| **FAUSTO GONZALEZ** : | |

## CERTIFICATION

     The Court hereby certifies that Lissette Roman and Anthony David Ducot appeared in this Court as trial witnesses on October 19 and 20, 2004.

                                    IT IS SO ORDERED.

                               _____/s/_____
                               Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on January 13, 2005.