1320

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02 CR 7 (JBA) |
| v. | : | |
| FAUSTO GONZALEZ | : | DECEMBER 6, 2004 |

## MOTION TO FILE UNDER SEAL

Pursuant to the Sixth Amendment of the United States Constitution and Rule 8 of the Local Rules of Criminal Procedure, Defendant Fausto Gonzalez moves to seal his ex parte motion of December 6, 2004 because it contains privileged information.

Shelley R. Sadin
Federal bar no. ct05090

Joel H. Thompson
Federal bar no. ct24654

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard. Suite 500
Bridgeport, Connecticut 06604
Tel. no.: (203) 333-9441
Facsimile no.: (203) 333-1489
e-mail address: ssadin@znclaw.com

Robert M. Casale
Federal Bar No. ct00156

250 West Main Street
Branford, Connecticut 06405
Tel. no.: (203) 288-6363
Facsimile no.: (203) 483-9850

Counsel for Defendant Fausto Gonzalez