UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02 CR 7 (JBA) |
| v. | : | |
| FAUSTO GONZALEZ | : | JANUARY 28, 2005 |

MOTION TO FILE REQUEST
FILED JANUARY 28, 2005 UNDER SEAL

Pursuant to the Sixth Amendment of the United States Constitution and Rule 8 of the Local Rules of Criminal Procedure, Defendant Fausto Gonzalez moves to seal his ex parte motion of January 28, 2005 because it contains privileged information.

_____
Shelley R. Sadin
Federal bar no. ct05090

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard. Suite 500
Bridgeport, Connecticut 06604
Tel. no.: (203) 333-9441
Facsimile no.: (203) 333-1489
e-mail address: ssadin@znclaw.com

Robert M. Casale
Federal Bar No. ct00156

250 West Main Street
Branford, Connecticut 06405
Tel. no.: (203) 288-6363
Facsimile no.: (203) 483-9850

Counsel for Defendant Fausto Gonzalez

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. first class mail, postage prepaid, on this date, to:

David Ring
Assistant United States Attorney
Federal Building and U.S. Courthouse
450 Main Street, Room 328
Hartford, CT 06103

S. Dave Vatti
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT 06103

Richard Reeve, Esq.
Michael O. Sheehan, Esq.
Sheehan & Reeve
139 Orange Street
New Haven, CT 06511

Dated at Bridgeport, Connecticut this 28th day of January 2005.

_____
Shelley R. Sadin