UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR7 (JBA) |
| | : | |
| v. | : | |
| | : | |
| FAUSTO GONZALEZ | : | JANUARY 28, 2005 |

### MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL

With the Government's consent, Defendant Fausto Gonzalez respectfully moves for an extension of time to file a memorandum in support of his Motion for a New Trial until forty five days after the receipt of the completed trial transcript. In support of this motion, counsel state:

1. On October 15, 2004, a jury found Mr. Gonzalez guilty on Counts One, Two and Five of the Second Superseding Indictment.

2. On October 29, 2004, the Court ordered counsel to file any motion for new trial on or before January 31, 2005. Endorsement Order On Pending Motions dated October 29, 2004. The order was meant to give counsel until forty five days after the completion of the trial transcript to file any new trial motion.

3. Due to the court reporter's heavy work load, she was not able to complete the trial transcripts forty five days in advance of the January 31, 2005 due date for new trial motions.

4. Mr. Gonzalez has filed his Motion for a New Trial within the deadline and, with the Government's consent, files this request for an extension of time within which to file a supporting memorandum.

**ORAL ARGUMENT IS NOT REQUESTED**

5.   Assistant United States Attorney David Ring has told defense counsel that the Government consents to Mr. Gonzalez's request for an extension of time to file his memorandum in support of a new trial motion.

6.   This is Mr. Gonzalez's first request for an extension of time to file the memorandum in support of his Motion for a New Trial.

WHEREFORE, Mr. Gonzalez asks that his motion for extension of time be granted and that he have until forty five days after his receipt of the completed trial transcript to file his memorandum in support of his Motion for a New Trial.

_____
Shelley R. Sadin
Federal bar no. ct05090

> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Boulevard. Suite 500
> Bridgeport, Connecticut 06604
> Tel. no.: (203) 333-9441
> Facsimile no.: (203) 333-1489
> e-mail address: ssadin@znclaw.com

Robert M. Casale, Esq
Federal bar no. ct00156

> 250 West Main Street
> Branford, CT 06405
> Phone:(203) 488-6363
> Fax: (203) 483-9850

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class United States mail, postage prepaid, on this date, to:

David Ring
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

S. Dave Vatti
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Richard Reeve, Esq.
Michael O. Sheehan, Esq.
Sheehan & Reeve
139 Orange Street
New Haven, CT 06511

Dated at Bridgeport, Connecticut this 28th day of January 2005.

_____
Shelley R. Sadin