UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : NO. 3:02cr7 (JBA) |
| | : |
| **FAUSTO GONZALEZ** | : |

### ENDORSEMENT ORDER ON PENDING MOTIONS

1. Defendant's motion to file memorandum under seal [#1157, #1203, #1206 and #1233 are DENIED as moot, because trial has been completed.

2. Defendant's Ex Parte application for issuance of subpoena [#1285] is GRANTED, and a subpoena has been issued for trial.

3. Defendant Fausto Gonzalez' renewed motion in limine to exclude evidence of other alleged unadjudicated murders at trial [#1234] is GRANTED, see Court ruling [#1147, 8/17/04]

4. Defendant's Ex Parte application for issuance of subpoena [#1207 and #1284] is DENIED AS MOOT.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   February  4, 2005