**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | :   **CASE NO. 3:02cr 7 (JBA)** |
| **FAUSTO GONZALEZ** | : |

### ENDORSEMENT ORDER [DOC. #1331]

     Defendant's motion to file request filed January 28, 2005 under seal is GRANTED.

                                        IT IS SO ORDERED.

                                        _____/S/_____
                                        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February    16,2005