UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR7 (JBA) |
| | : | |
| v. | : | |
| | : | |
| FAUSTO GONZALEZ | : | FEBRUARY 22, 2005 |

## MOTION TO SEAL

Pursuant to the Sixth Amendment of the United States Constitution and Rule 8 of the Local Rules of Criminal Procedure, Defendant Fausto Gonzalez moves to seal that portion of the transcript of October 4, 2005 relating to a different and ongoing investigation. The Government agrees that that portion of the transcript should be sealed.

_____
Shelley R. Sadin
Fed. bar no. ct05090

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard. Suite 500
    Bridgeport, Connecticut 06604
    Tel. no.:  (203) 333-9441
    Facsimile no.:  (203) 333-1489
    e-mail address:  ssadin@znclaw.com

Robert M. Casale
Fed. bar no. ct00156

    250 West Main Street
    Branford, CT 06405
    Phone:(203) 488-6363
    Fax #: (203) 483-9850
    e-mail:  attorneycasale@aol.com

Counsel for Defendant Fausto Gonzalez

CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class United States mail, postage prepaid, on this date, to:

David Ring
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

S. Dave Vatti
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Robert M. Casale, Esq.
250 West Main Street
Branford, Connecticut  06405

Richard Reeve, Esq.
Michael O. Sheehan, Esq.
Sheehan & Reeve
139 Orange Street
New Haven, CT 06511

Dated at Bridgeport, Connecticut this 22nd day of February 2005.

_____
Shelley R. Sadin