**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr 7 (JBA)** |
| **FAUSTO GONZALEZ** | : |

### ENDORSEMENT ORDER [DOC. #1333]

      Defendant's motion on consent for extension of time to file memorandum in support of motion for new trial, is GRANTED to April 15, 2005, with replies due on or before April 29, 2005.

      IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 4, 2005