**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr 7 (JBA) |
| **FAUSTO GONZALEZ** | : |

**ENDORSEMENT ORDER [#1339]**

    Defendant's motion to seal a portion of the transcript of October 4, 2004 is GRANTED, on consent. The Court Reporter is directed to file this portion of the transcript under seal.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 4, 2005