# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 MAR 18 P 2: 06

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| United States | : | |
| v. | : | No. 3:02CR7(JBA) |
| Fausto Gonzalez | : | March 17, 2005 |

### APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance for: FAUSTO GONZALEZ

March 17, 2005
Date

*[Signature]*
Signature

ct#04781
Connecticut Federal Bar Number

William T. Koch, Jr.
Print Clearly or Type Name

(860) 434-3060
Telephone Number

151 Brush Hill Road
Address

(860) 434-9483
Fax Number

Lyme, CT 06371

wmtkochjr@aol.com
Email Address

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on March 17, 2005 to the following:

Office of the U.S. Attorney
ATT: David Ring, AUSA
157 Church Street    23rd Floor
New Haven, CT 06510

*[Signature]*
William T. Koch, Jr.