UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:02CR007(JBA) |
| v. | |
| FAUSTO GONZALEZ | May 19, 2005 |

**UNITED STATES' MOTION REQUESTING SENTENCING**

The United States requests herein that the Court (i) schedule a date on which defendant Fausto Gonzalez will be sentenced; (ii) schedule a new date for the defendant to file a memorandum in support of his motion for a new trial; and (iii) impose sentence prior to the resolution of his motion for new trial. In support of this motion the undersigned represents as follows:

1. On October 15, 2004, the defendant was convicted by jury. Because the defendant is subject to mandatory life sentences, and because he was subject to the death penalty, the Court is obligated to sentence the defendant to life imprisonment (plus concurrent time for the gun charge) without the preparation of a presentence report. *See* 18 U.S.C. §§ 3594 & 3593(c).

2. On January 28, 2005, the defendant filed a Motion for New Trial. The defendant requested permission to file a memorandum in support of his motion sometime after the trial transcripts were completed. On March 4, 2005, the Court ordered the defendant to file his memorandum by April 15, 2005.

3. On March 18, 2005, William Koch entered an appearance for the defendant, and the defendant's previous counsel withdrew. The defendant has yet to file a memorandum in support of his motion for new trial.

4. The defendant is a sentenced prisoner in New York State, and was brought to Connecticut for prosecution pursuant to a federal detainer. The defendant is being incarcerated by the U.S. Marshals in Connecticut, pending the final disposition of his case. *See* Title 18, Appendix 2 (Interstate Agreement on Detainers), Article IV(e).

Wherefore, based on the foregoing, the United States requests that the Court (i) schedule a date on which the defendant will be sentenced; (ii) schedule a date for the defendant to file the memorandum in support of his motion for a new trial; and (iii) impose sentence prior to the resolution of the motion for new trial. *See* Fed. R. App. P. 4(b).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
DAVID A. RING
ASSISTANT U. S. ATTORNEY
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510
(203) 821-3700
Federal Bar No. CT14362

## CERTIFICATION OF SERVICE

      This is to certify that the within and foregoing has been sent via first-class mail this 19th day of May, 2005, to:

William Koch
Law Offices
151 Brush Hill Rd.
Lyme, CT 06371

                                              /s/
                                    DAVID A. RING
                                    ASSISTANT UNITED STATES ATTORNEY