UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| VS. | : | CRIM. NO. 3:02CR007(JBA) |
| FAUSTO GONZALEZ | : | MAY 31, 2005 |

### Response to Government's Motion Requesting Sentencing

The Defendant, Fuasto Gonzalez, by his undersigned counsel, hereby responds to the government's motion requesting sentencing dated May 19, 2005 as follows:

1.) As the government notes, I filed an appearance in this matter on March 18, 2005.

2.) My preference in this situation is for the court to rule on a defendant's supplemental motion for a new trial with memorandum prior to sentencing Mr. Gonzalez.

3.) Since filing my appearance in this case, I have met with Mr. Gonzalez and obtained and read the entire trial transcript.

4.) I have also reviewed the motion for a new trial filed in this matter by Shelly Sadin, Esq., one of Mr. Gonzalez's trial lawyers. Paragraph 12 (f) of the motion for a new trial filed by Attorney Sadin references actions she questions that occurred during the jury selection process. I ordered the transcripts of those proceedings on March 24, 2005, but have not yet received them.

5.) I will not be prepared to file a supplemental motion for a new trial until I receive and review the jury selection transcripts that have been ordered.

6.) Once I have received the transcripts I should be able to prepare and file a supplemental motion for a new trial with a memorandum within ten (10) days.

7.) I am scheduled to start a criminal drug conspiracy jury trial before Judge Hall on June

20, 2005.

8.) I am scheduled to start a state habeas trial in the matter of Christopher Hafford v. Warden, in the Judicial District of New Haven on June 30, 2005.

9.) I am scheduled to start a state habeas trial in the matter of Timothy Solek v. Warden, in the Judicial District of New Haven on July, 27, 2005.

Wherefore, based upon the foregoing, I respectfully request that 1.) a date for the defendant to file a supplemental motion for a new trial with memorandum be scheduled by the parties in conjunction with the Court after I have received the transcripts that have been ordered; 2.) that Mr. Gonzalez be sentenced after the Court rules on the motion for a new trial.

Respectfully submitted,

By_____ _____
William T. Koch, Jr. ct Bar#04781
151 Brush Hill Road
Lyme, CT 06371
(860) 434-3060/ Fax (860) 434-9483
e-mail: wmtkochjr@aol.com

**Certification of Service**

I hereby certify that I mailed a copy of the within to the following on May 31, 2005:

Office of the U.S. Attorney
ATT: David A. Ring, AUSA
157 Church Street
PO Box 1824
New Haven, CT 06510

By_____
    William T. Koch, Jr.