UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          :

**v.**                                :    **CASE NO. 3:02cr 7 (JBA)**

**FAUSTO GONZALEZ**                   :

<u>**ENDORSEMENT ORDER [DOC. #1383]**</u>

Government's motion requesting sentencing is GRANTED, and the following schedule is Ordered:

1. Defendant's memorandum in support of motion for a new trial shall be filed on or before July 18, 2005.

2. Government's reply shall be filed on or before August 1, 2005.

3. Sentencing will be scheduled immediately after ruling on defendant's motion for a new trial.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 6, 2005