UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02CR007(JBA) |
| VS. | : | |
| FAUSTO GONZALEZ | : | NOVEMBER 1, 2005 |

**MOTION FOR PERMISSION TO SUBMIT ONE INTERIM VOUCHER AT DEATH PENALTY RATES.**

The undersigned, counsel for Fausto Gonzalez, hereby moves the Court for permission to submit one interim voucher at the CJA death penalty rates in this matter for the following reasons:

(1) I was appointed to represent Fausto Gonzalez in this matter, pursuant to the Criminal Justice Act, in February of 2005.

(2) Since being appointed I have spent a significant amount of time reviewing the 30 plus boxes of discovery I received from Attorney Sadin, and in preparing and filing, on July 18, 2005, a memorandum in support of Mr. Gonzalez's motion for a new trial.

(3) I have recently acquired a partner in the practice of law, W. Ted Koch, III, [my son] and it becomes an economic issue to spend time, over 9 or more months, without being paid or reimbursed for costs.

(4) For these reasons, I respectfully requests permission to submit one interim CJA voucher in this matter.

(5) Mr. Gonzalez was previously represented by two (2) attorneys, Robert Casale, Esq. and Shelly Sadin, Esq. Since the government sought to condemn Mr.

Gonzalez to death, Mr. Gonzalez's lawyers were paid in accordance with the CJA death penalty rates.

    (6)  I was advised by the Chief Deputy Clerk, Victoria Minor, to seek clarification from Your Honor as to which rate to charge for services rendered pursuant to the CJA in this case.

    (7)  Even though I am only one attorney, the case remains a death penalty case, according to the Chief Deputy Clerk and a CJA-30 voucher must be submitted. Further, if Mr. Gonzalez were successful on appeal in obtaining a new trial, the government would have the option of seeking the death penalty again at a re-trial.

    (8)  For the foregoing reasons, I respectfully request permission to submit one interim voucher at the rates applicable in a death penalty case.

Respectfully submitted,

By_____

William T. Koch, Jr., Fed Bar ct#04781
151 Brush Hill Road
Lyme, CT 06371
(860) 434-3060/Fax (860) 434-9483

## CERTIFICATION OF SERVICE

I certify that I mailed a copy of the motion for interim payments to the following on November 1, 2005:

Office of the U.S. Attorney
ATT: David A. Ring, AUSA
157 Church Street 23rd Floor
New Haven, CT 06510

U.S. District Court
ATT: Chambers of Judge Arterton
141 Church Street
New Haven, CT 06510

By_____
William T. Koch, Jr.