**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr7 (JBA)** |
| **FAUSTO GONZALEZ** | : |

### ENDORSEMENT ORDER [#1400]

Defendant's motion for permission to submit interim billing at the capital defense rate[#1400] is GRANTED.

IT IS SO ORDERED

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 7, 2005.