02cr7 hoa

Local Criminal Notice of Appeal Form.

FILED

NOTICE OF APPEAL
United States District Court

2006 JAN -5 A 9:55

District of _Connecticut_

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES

v.

FAUSTO GONZALEZ

Docket No.: CRIM. NO. 3:02CR07 (JBA)

HON. JANET BOND ARTERTON
(District Court Judge)

Notice is hereby given that __FAUSTO GONZALEZ__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____
(specify)

entered in this action on __JAN. 5, 2006__
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ X ]    Sentence only [ ___ ]    No [ ___ ]

Date __JAN. 5, 2006__

TO   OFFICE OF U.S. ATTORNEY
ATT. DAVID A. RING, AUSA
157 CHURCH ST. - 23rd FLOOR
NEW HAVEN, CT 06510

_W.T. Koch_
WILLIAM T. KOCH, JR. (Counsel for Appellant)
Address __151 BRUSH HILL ROAD__
__LYME, CT 06371__
CT. BAR # 04781

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: __860-434-3060__

| TO BE COMPLETED BY ATTORNEY | | TRANSCRIPT INFORMATION - FORM B |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ X ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _W.T. Koch_    DATE __1/5/06__

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02