FILED
2006 MAR -9 P 2:12
U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES | : | |
|---|---|---|
| VS. | : | CRIM. NO. 3:02CR7(EBB)<br>USCA NO. 05-5342-CR |
| FAUSTO GONZALEZ | : | MARCH 8, 2006 |

### INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME |
|---|---|---|
| 1/10/02 | 1 | Indictment |
| 7/11/02 | 114 | Superseding Indictment |
| 1/21/03 | 319 | Notice/death penalty |
| 2/4/03 | 349 | Second Superseding Indictment |
| 9/7/04 | - | Voir dire transcript |
| 9/8/04 | 1193 | Ruling |
| 9/8/04 | 1217 | Jury selection |
| 9/9/04 | 1218 | Jury selection |
| 9/16/04 | 1210 | Order |
| 9/16/04 | 1212 | Order |
| 9/20/04 | 1219 | Jury selection |
| 9/21/04 | 1220 | Jury selection |
| 9/22/04 | 1221 | Jury selection |
| 9/23/04 | 1222 | Video deposition |

| Date | Doc # | Description |
|---|---|---|
| 9/27/04 | 1229 | Motion for mistrial |
| 9/27/04 | 1230 | Memorandum |
| 9/27/04 | 1231 | Jury selection |
| 9/28/04 | 1232 | Reply |
| 9/28/04 | 1235 | Government's memorandum |
| 10/01/04 | 1241 | Order |
| 10/04/04 | 1260 | Trial transcript |
| 10/05/04 | 1258 | Trial transcript |
| 10/06/04 | 1259 | Trial transcript |
| 10/07/04 | 1261 | Trial transcript |
| 10/08/04 | 1262 | Charge conference |
| 10/12/04 | 1264 | Trial transcript |
| 10/13/04 | 1266 | Trial transcript |
| 10/13/04 | 1273 | Jury instructions |
| 10/14/04 | 1274 | Jury trial |
| 10/15/04 | 1275 | Jury trial |
| 10/15/04 | 1276 | Jury trial |
| 10/15/04 | 1277 | Jury verdict |
| 10/15/04 | 1280 | Court exhibit list |
| 4/15/04 | 1362, 1363, 1364, 1365, 1366, 1367, 1368, 1369, 1370, 1371, 1373 | Trial transcripts |
| 7/15/05 | 1388 | Def.'s Memorandum |

| Date | Doc # | Description |
|---|---|---|
| 8/04/05 | 1389 | Gvt.'s Memorandum |
| 12/05/05 | 1409 | Order |
| 1/05/06 | 1412 | Sentencing |
| 1/05/06 | 1414 | Notice of Appeal |
| 1/12/06 | 1413 | Judgment |

Respectfully submitted,

By_____
William T. Koch, Jr. Fed Bar #ct04781
151 Brush Hill Road
Lyme, CT 06371
(860) 434-3060/ Fax (860) 434-9483
Attorney for Martin Frankel

### CERTIFICATION OF SERVICE

I certify that I mailed a copy of the index to the record on appeal to the following on March 9, 2006:

Office of the U.S. Attorney
ATT: David A. Ring, AUSA
450 Main Street Room 328
Hartford, CT 06103

By_____
William T. Koch, Jr.